# EXHIBIT B



# AN AUTUMN SUN SALUTATION OF GRATITUDE

 10/17/2017  admin  Mindfulness, Wellness, Yoga Wellness

Fall brings beautiful colors, crisp air, and inspiring energies. During this season, we may become more aware of our surroundings, more aware of how alive Mother Earth is, and more aware of what we may take for granted each and every day. Celebrate autumn by following this Sun Salutation of Gratitude and tune into awareness. From this awareness, we can cultivate a sense of gratitude.

## SUN SALUTATION OF GRATITUDE



We'll begin in mountain pose, hands to prayer tuning into the energies around and within us.

From Mountain Pose, we take a breath in, lift our arms overhead to the sky, palms open, gathering gratitude and bringing it back to heart center. We inhale and raise our arms to the sky again. As we exhale, we swan dive, bowing to the earth, giving respect and gratitude for all she gives us. We breathe into standing forward fold, feet



As we exhale, we swan dive, bowing to the earth, giving respect and gratitude for all she gives us. We breathe into standing forward fold, feet hip-width apart, knees bent as needed. The crown of the head faces the floor and we relax our neck, visualizing the tranquil leaves blowing in the wind.Inhale into

Inhale into half-way lift, bending the knees to straighten the spine, shoulders away from your ears making space to encourage gratitude to seep in. On the next exhale, we step back into high plank, shoulders over the wrists moving back and away from the ears, lower abdomen in and up while pressing your heels back. In plank, we tune into our strength and resilience, and our ability to repair the environment a little every day through our choices and actions.



On your next exhale, moving through Chattaranga or dropping your knees to the floor, focus on hugging the elbows in at your side. Inhale into Cobra or Upward Facing Dog, focusing your eyes on a new detail in your current environment.

As your shoulder blades or wings move towards your spine, we begin thinking about all the birds that migrate throughout the world. We give gratitude for when we are able to witness one of these beautiful creatures in different regions of our Earth.

We exhale back into downward facing dog pressing our hands and heels into the Earth, focusing on creating space between our ears and shoulders and lengthening our spine.

We are grounded, we are resilient, we are full of wisdom and creativity to act how we want to move through this world. May

May the space we create through our lengthened spine in this physical practice of yoga symbolize the space we create for gratitude and for experiences to learn and grow. We walk our feet to our hands, hanging in forward-fold, envisioning all the space we are creating. Perhaps this space allows for the gratitude we bring in through travel, through experiencing other cultures, other ecosystems, and environments, other possible ways of life.

We slowly rise up raising our arms once again up to the sky, this time sensing how the energy we're gathering may have changed through our practice. As we bring our hands

to heart center, we breathe, tuning into our energy and radiating our inner light out to all other beings.

As you watch the falling leaves, hear the changing sounds of wildlife, and feel the crisp air and shorter days, I encourage you to focus on appreciating the beauty and details of the diverse ecosystems you routinely pass by.

Sometimes travel can help us expand our horizons and experience gratitude from a different angle. And travel incorporating yoga and service... that practice opens up spaces within our emotional and physical body we did not even realize we could access. May you shine your light out to all beings.



Namaste.

*We would love for you to join us on one of our many retreats. Please see our calendar here.*



PREVIOUS POST
LESSONS LEARNED FROM TRICK-OF

NEXT POST
THE POWER OF THE SOLO TRAVELER

Search …

## RECENT POSTS

 ECO-TOURISM: THE ULTIMATE GUIDE TO THE WHAT, THE WHY AND THE HOW
03/06/2018


**MEET TRUE NATURE LEADER KATIE LAMBERT**
02/23/2018


**SPRING CLEANING: DECLUTTERING YOUR PHYSICAL AND MENTAL SPACE**
02/16/2018


**BACK TO THE ROCK: REDISCOVERING MY STRENGTH POST-SURGERY**
02/12/2018


**MEET TRUE NATURE LEADER JULIE HRUSKA**
02/05/2018

## FOLLOW ALONG @TRUE_NATURE_TRAVELS




## TAG US ON YOUR GLOBAL ADVENTURE #TRUETRAVELS

### Get to Know Us

Retreat Leader FAQ

Participant FAQ

About Us

History

Why Choose True Nature?

The True Nature Team

Service/Karma Yoga

Travel Insurance

Book Airfare

Testimonials

Friends of True Nature

Our Policies

Contact

## Yoga & Wellness Travel

Yoga & Wellness Retreats

Yoga & Wellness Destinations

Lead a Retreat

## Adventure Travel

Adventure Travel

Adventure Retreats

Adventure Destinations

## Be Social With Us

    



Learn More about other True Nature opportunities including; student travel, service/volunteer trips, corporate trips, and unique family vacations.

*Explore More*



2017 © True Nature Travels

Search

Sign Up   Log In



true_nature_travels • Follow



**true_nature_travels** Tune into gratitude and embrace the beauty of autumn with this Sun Salutation of Gratitude! A beautiful practice to help you celebrate and honor this beautiful season!! Head to www.truenaturetravels.com/travel-blog to read about the practice for yourself. #truenature #truetravel #sunsalutation #autumn

**true_nature_travels** Teacher Tuesday #yoga #yogateacher #yogajourney #yogalover #yogaeverydamnday

**111 likes**

OCTOBER 24, 2017

**Log in** to like or comment.

### Sign Up for Instagram

Sign up to see photos and videos from friends and discover other accounts you'll love.

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
Sign Up
PROFILES   HASHTAGS   LANGUAGE
Log In
© 2018 INSTAGRAM

